UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# MINUTES

PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff,

v.

BRIAN WILLIAM KEELY,

    Defendant.

_____/

CASE NO. 1:24-cv-672
DATE: August 21, 2024
TIME: 9:01 AM – 10:58 AM
         11:10 AM – 11:45 AM
PLACE: Lansing
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
Richard Lee Cunningham
John S. Pallas
Erika A. Tusar

DEFENDANT(S):
Lance LoRusso
Marc E. Curtis

## WITNESSES

PLAINTIFF(S):
Ross Eagan, Jeffrey Woollam

DEFENDANT(S):
Matthew Ortiz

## PROCEEDINGS

NATURE OF HEARING:
Evidentiary Hearing held; opening statements; Defendant's Exhibits 1-4 admitted; closing arguments by both sides; taken under advisement; order to issue.

COURT REPORTER:   Trisha Cameron                    /s/ B. Sauve
                                                                                 DEPUTY CLERK